**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

LAVONNE J. MCCORMICK, *et al*.

    Plaintiffs,

 v.

INGALLS SHIPBUILDING, INC.,

    Defendant.

No. C 99-02252 SBA

**ORDER**

[Docket No. 18]

    Plaintiffs' motion to substitute counsel [Docket No. 18] is DENIED as this matter was transferred to the Eastern District of Pennsylvania, on July 12, 1999, *see* Docket Nos. 15-16, and this Court no longer has jurisdiction over this matter.

    IT IS SO ORDERED.

April 18, 2008

_____
Saundra Brown Armstrong
United States District Judge